# Exhibit A

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To: ☐ FEPA ☒ EEOC

Agency(ies) Charge No(s): 440-2026-05759

Illinois Department of Human Rights and EEOC

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs., Mx.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| Ms. Violeta Ornelas | [redacted] | |

[redacted]

| Street Address | City, State and ZIP Code | Email Address |
|---|---|---|
| c/o Nathan C. Volheim, Sulaiman Law Group, 2500 S. Highland Ave., #200, Lombard, IL 60148 (employment@ sulaimanlaw.com) | | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| BWAY Corporation d/b/a Mauser Packaging Solutions | 15+ | (708) 318-8156 |

| Street Address | City, State and ZIP Code | Email Address |
|---|---|---|
| 3201 S Millard Ave | Chicago, IL 60623-5028 | ameliapartida@mauserpackaging.com |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | 15+ | |

| Street Address | City, State and ZIP Code | Email Address |
|---|---|---|
| | | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE ☐ COLOR ☑ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☑ RETALIATION ☐ AGE ☑ DISABILITY ☐ GENETIC INFORMATION
☑ OTHER *(Specify below.)* Sexual Harassment

DATE(S) DISCRIMINATION TOOK PLACE

Earliest: 6/10/2025 Latest: 8/4/2025

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I, Violeta Ornelas (female with a disability), was employed by BWAY Corporation d/b/a Mauser Packaging Solutions as a Production Supervisor from on or about April 7, 2025, until on or about August 4, 2025, when I was unlawfully terminated on the basis of my sex (female), disability, and for opposing sexual harassment.

The following is a non-exhaustive list of incidents of the sex discrimination, sexual harassment, disability discrimination, and retaliation I was subjected to:

On or about June 10, 2025, after being reassigned to another facility due to a strike, a coworker, Fernando (LNU), told me multiple times that he would not have hired a woman for the position. He went on to repeat this sentiment on several other occasions, demonstrating blatant misogyny in the workplace.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – *When necessary for State and Local Agency Requirements*

I declare under penalty of perjury that the above is true and correct.

03 / 31 / 2026

*Date*

*Charging Party Signature*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(*month, day, year*)

EEOC Received 03-31-2026

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To: ☐ FEPA ☒ EEOC

Agency(ies) Charge No(s): 440-2026-05759

**Illinois Department of Human Rights** and EEOC

*State or local Agency, if any*

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

On or about July 4, 2025, I reported to Plant Manager Max that Fernando made inappropriate comments about my appearance, including remarks about my chest and rear that were sexually charged, and asked that the comments stop. No remedial measures were taken. Not to mention, Max was more than aware of what was going on due to many of the sexually charged and misogynistic comments occurring in front of Max.

In or around July 2025, a male supervisor, Ray, stated to me in front of Max, “Can you move your car? Your ass is sticking out."

In or around late July 2025, management sent an email to higher-level employees referring to me as a “slob” and falsely attributed a coffee stain in the break room to me. Male employees were not treated in this manner.

On or about July 25, 2025, I submitted a complaint to Human Resources reporting ongoing workplace issues, including sexual harassment, discrimination on the basis of my sex, and comments that were being made about my coworker's sexual orientation. She was being referred to as a "marimacha," meaning "dyke" in Spanish. This is extremely offensive to those in the LGBTQ community, to which my coworker belongs.

On or about July 25, 2025, during a conversation with HR Manager Emilia Partida, I disclosed that I suffer from Complex Regional Pain Syndrome and that I had been experiencing flare-ups every other day due to workplace conditions, causing extreme pain.

Following this disclosure, I was instructed to go home, finish the day working remotely, and not return to that facility.

On or about August 10, 2025, I was informed of my termination, with a termination letter dated on or about August 4, 2025, citing “poor personal interactions,” despite no prior warnings or disciplinary actions. This was clearly retaliation for engaging in a protected activity and opposing class-based discrimination.

Thus, I have been discriminated against on the basis of my sex (female) and disability, subjected to sexual harassment, denied reasonable accommodations, and retaliated against for engaging in protected activity in violation of Title VII of the Civil Rights Act of 1964, as amended, the Americans with Disabilities Act, as amended, and the Illinois Human Rights Act (775 ILCS 5/).

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – *When necessary for State and Local Agency Requirements*

I declare under penalty of perjury that the above is true and correct.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

03 / 31 / 2026

*Date*

*Charging Party Signature*

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*)

Dropbox Sign

Audit trail

440-2026-05759

| | |
|---|---|
| **Title** | Final EEOC Charge - Please review and sign |
| **File name** | Final_EEOC_Charge_-_Violeta_Ornelas.pdf |
| **Document ID** | b8d0d693e4168d8a4f86d8a9af4d2d87c6caab42 |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | Signed |

## Document History

| | | |
|---|---|---|
| SENT | **03 / 27 / 2026** 20:59:04 UTC | Sent for signature to Violeta Ornelas [redacted] from [redacted] IP: [redacted] |
| VIEWED | **03 / 28 / 2026** 00:16:47 UTC | Viewed by Violeta Ornelas [redacted] IP: [redacted] |
| SIGNED | **03 / 31 / 2026** 19:04:20 UTC | Signed by Violeta Ornelas [redacted] IP: [redacted] |
| COMPLETED | **03 / 31 / 2026** 19:04:20 UTC | The document has been completed. |